Byron M. Merris, Corporation Counsel, for appellants; LeForgee, Samuels & Miller, for appellee; Carl R. Miller, and Jerald E. Jackson, of counsel. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed June 10, 1952; rehearing denied August 5, 1952; released for publication August 5, 1952.

John Corso, Appellee, v. Fred Knapp, Arthur Doyle and Rudolph Diognardi, Individually, and Trading as West End Bowling Alley, Appellants.

Gen. No. 45,603.

Wyatt Jacobs, for appellants; Charles E. Heckler, of counsel; William H. Arpaia, for appellee; William H. Arpaia, and Norman S. Rothbart, of counsel. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed July 1, 1952; released for publication August 5, 1952.

Ruby Bushaw, Plaintiff-Appellee, v. Central Illinois Electric and Gas Company, Defendant-Appellant.

Gen. No. 10,599.